**Dismiss and Opinion Filed December 9, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00402-CV

## REGINALD LEVY AND SQUARED-UP DEVELOPMENT AND CONSTRUCTION, INC., Appellants
## V.
## JJ'S CORNER LOUNGE LLC D/B/A JJ'S CORNER LOUNGE, Appellee

**On Appeal from the 348th District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 348-335999-22**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Appellants' brief in this appeal is overdue. After appellants' counsel withdrew, we ordered appellants to file either a motion to dismiss the appeal or appellant's brief no later than November 12, 2024. By postcard dated November 14, 2024, we informed appellants their brief was overdue and directed appellants to file a brief within ten days. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellants have not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

|  |  |
|---|---|
| 240402f.p05 | /Robert D. Burns, III/<br>ROBERT D. BURNS, III<br>CHIEF JUSTICE |



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

REGINALD LEVY AND
SQUARED-UP DEVELOPMENT
AND CONSTRUCTION, INC.,
Appellants

No. 05-24-00402-CV          V.

JJ'S CORNER LOUNGE LLC
D/B/A JJ'S CORNER LOUNGE,
Appellee

On Appeal from the 348th District
Court, Tarrant County, Texas
Trial Court Cause No. 348-335999-22.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 9th day of December, 2024.